**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 28, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00603-CV

---

## IN RE TAYLOR DOMINIQUE DIRDEN, CHARLENE JONES, AS AGENT FOR BRENT ELDRIDGE DIRDEN, AND CHAYNEKA JACKSON, AS NEXT FRIEND FOR LAUREN LANISE DIRDEN, ASHLYN NICOLE DIRDEN, AND KAITLYN KIMORA DIRDEN, Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
Probate Court No. 3
Harris County, Texas
Trial Court Cause No. 453869-401**

---

## MEMORANDUM OPINION

On July 25, 2017, relators Taylor Dominique Dirden, Charlene Jones, as agent for Brent Eldridge Dirden, and Chayneka Jackson, as next friend for Lauren Lanise Dirden, Ashlyn Nicole Dirden and Kaitlyn Kimora Dirden filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see*

*also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Rory Olsen, presiding judge of Probate Court No. 3 of Harris County, to reset the current trial date and grant the relators a jury trial.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' motion for emergency relief.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.